IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC JAMES HENDRICKSON,

    Petitioner,                               JUDGMENT IN A CIVIL CASE

v.                                                Case No. 12-cv-354-bbc

DEBORAH McCULLOCH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Eric James Hendrickson for a writ of habeas corpus under 28 U.S.C. § 2254.

_Peter Oppeneer_                 12/4/12
Peter Oppeneer, Clerk of Court              Date